FILED

11/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0104

_____

IN RE THE MARRIAGE OF:

JUDY L. SHIFFMAN,

     Petitioner and Appellee,

  and

WILLIAM F. SHIFFMAN,                   O R D E R

     Respondent and Appellant.

  and

SEAN CRUM,

     Intervenor.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2022